IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES CURD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., d/b/a PAPA JOHNS,<br><br>    Defendant. | Case No. 1:22-cv-03185-JRR |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Papa John's International, Inc. ("Papa John's"), by and through its undersigned counsel, hereby moves for an order dismissing Plaintiff Frances Curd's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) or, alternatively, Rule 12(b)(6). As set forth in Papa John's Memorandum in Support of this Motion, there is no personal jurisdiction over Papa John's on Plaintiff's claims, and the Complaint fails to state any claim upon which relief may be granted.

DATED:  February 17, 2023

Respectfully submitted,

By: */s/ Eric C. Bosset*

Eric C. Bosset (D. Md. Bar No. 16938)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606

- 2 -

        Kanu Song (*pro hac vice*)
        ksong@cov.com
        COVINGTON & BURLING LLP
        Salesforce Tower
        415 Mission Street, Suite 5400
        San Francisco, CA 94105-2533
        Telephone: (415) 591-6000
        Facsimile: (415) 591-6091

        *Attorneys for Defendant Papa John's International, Inc.*