IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FRANCES CURD,** | * | |
| *Plaintiff,* | * | |
| | * | Case No. 1:22-cv-03185-JRR |
| v. | * | |
| **PAPA JOHN'S INTERNATIONAL, INC., d/b/a PAPA JOHNS,** | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

This matter comes before the court on Defendant Papa John's International, Inc.'s Motion to Dismiss Plaintiff's Complaint. (ECF No. 14.) The parties' submissions have been reviewed and no hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 19th day of September 2023:

**ORDERED** that the Motion to Dismiss Plaintiff's Complaint (ECF No. 14) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Complaint (ECF No. 4) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

Madam Clerk shall close this case.

/S/

_____
Julie R. Rubin
United States District Judge