FILED: October 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2099
(1:22-cv-03185-JRR)

_____

FRANCES CURD, individually and on behalf of all others similarly situated

 Plaintiff - Appellant

v.

PAPA JOHN'S INTERNATIONAL, INC., d/b/a Papa Johns

 Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk